IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: | Case No. 19-00252-JJG-13 |
|---|---|
| JOHNNY DARRELL LORICK | Chapter 13 |
| Debtor(s) | Judge Jeffrey J. Graham |

**NOTICE OF APPEARANCE**

Now comes Steven H. Patterson, an attorney admitted to practice in the Southern District of Indiana at Indianapolis, and appears on behalf of Colonial National Mortgage, a Division of Colonial Savings, FA in the above captioned proceedings.

Submitted by:

/s/ Steven H. Patterson
Steven H. Patterson
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: inbk@rslegal.com

# CERTIFICATE OF SERVICE

I certify that on the 13th day of February, 2019, a copy of Colonial National Mortgage, a Division of Colonial Savings, FA's Notice of Appearance was served:

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

**Via ECF Mail:**

Michael J. Norris, Debtor's Counsel
mike@mikenorrislaw.com

Ann M. DeLaney, Bankruptcy Trustee
ECFdelaney@trustee13.com

U.S. Trustee

ustpregion10.in.ecf@usdoj.gov

**Via Regular U.S. Mail, postage prepaid on:**

Johnny Darrell Lorick, Debtor
6445 Harrison Ridge Blvd.
Indianapolis, IN 46236

                                            /s/ Steven H. Patterson
                                              Steven H. Patterson, Esq.