UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: )
)  CASE #: 19-00252-JJG-13
Johnny Darrell Lorick, )
)
  Debtor. )

## THIRD MOTION TO EXTEND TIME TO FILE INITIAL DOCUMENTS

**COMES NOW** the Debtor, by undersigned counsel, to ask the Court to extend the time in which to file certain initial documents, specifically:

☒ **Chapter 13 Plan;**

☒ **Statement of Current Monthly Income and Calculation of Commitment Period (From 122C-1);**

☐ **Debtor's Pay Advices or Statement in Lieu;**

☐ **Attorney Disclosure of Compensation;**

☒ **Statement of Financial Affairs with Declaration;**

☒ **Summary of Assets and Liabilities and Certain Statistical Information with Declaration;**

☒ **Schedules A/B-J with Declaration.**

In support thereof, the undersigned states the following:

1. Debtor filed a Chapter 13 Voluntary Petition on January 16, 2019;

2. Debtor was given a deadline of February 15, 2019 to file the documents selected above;

3. Debtor filed a Motion to Extend Time to File Initial Documents on January 31, 2019 which was granted on January 31, 2019, giving until February 15, 2019 to file the documents selected above;

4. Debtor then filed a Second Motion to Extend Time to File Initial Document which was granted on February 15, 2019 giving until February 28, 2019 to file the documents selected above, and stating that no further extensions would be granted barring extraordinary circumstances;

5. Undersigned counsel has permission from Debtor to file the remaining documents, but, due to Debtor being in MA for work at the time and technical difficulties, undersigned counsel is without SIGNED documents to file with the Court;

6. Undersigned counsel would ask the Court for a FINAL extension of time up to and including March 4, 2019 to file all outstanding documents, as counsel believes Debtor will be able to provide him with signed documents before that date;

7. Undersigned counsel believes this Motion to Extend Time is filed in good faith.

**WHEREFORE,** based on the foregoing, the undersigned requests an extension up to and including March 4, 2019, to file the documents selected above.

**Dated: 2/28/2019**

Respectfully submitted,

/**s**/ **Michael J. Norris**
Michael J. Norris (# 15341-49)
Mike Norris & Associates, P.C.
Attorney for the Debtor
3802 W 96th Street, #110
Indianapolis, IN 46268
Phone: (317) 266-8888
Fax: (317) 266-3401
E-mail: mike@mikenorrislaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on **February 28, 2019**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system**.**

| U.S. Trustee | Chapter 13 Trustee |
| *Via electronic mail*; and | *via electronic mail*. |

I further certify that on **February 28, 2019**, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Debtor, Johnny Lorick, 6445 Harrison Ridge Blvd., Indianapolis, IN 46236.

/**s**/ **Michael J. Norris**
Michael J. Norris