SO ORDERED: March 1, 2019.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2017)

In re:

**Johnny Darrell Lorick**,
       Debtor.

Case No. **19−00252−JJG−13**

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE INITIAL DOCUMENTS

A Motion to Extend Time to File Chapter 13 Plan, Schedules, Statement of Affairs and Statement of Current Monthly Income and Calculation of Commitment Period (From 122C−1) and and Summary of Assets and Liabilities and Certain Statistical Information with Declaration was filed on February 28, 2019, by Debtor Johnny Darrell Lorick.

**IT IS ORDERED** that the Motion to Extend Time to File Chapter 13 Plan, Schedules, Statement of Affairs and Statement of Current Monthly Income and Calculation of Commitment Period (From 122C−1) and and Summary of Assets and Liabilities and Certain Statistical Information with Declaration is **GRANTED**. No further extensions will be granted. The time for filing is extended to March 4, 2019.

Attorney for the debtor must distribute this order.

###