UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Johnny Darrell Lorick**,
SSN: xxx–xx–3533    EIN: NA
6445 Harrison Ridge Blvd.
Indianapolis, IN 46236
Debtor.

Case No. **19–00252–JJG–13**

## NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on March 4, 2019, by Debtor Johnny Darrell Lorick. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by April 3, 2019, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated: March 6, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court