UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Johnny Darrell Lorick | ) | Case No.   19-00252-JJG-13 |
| | ) | # |
| | ) | |
| | ) | |
| Debtor | | |

### CERTIFICATE OF SERVICE

     I hereby certify that on March 8, 2019, a copy of the foregoing Chapter 13 Plan and Notice on Chapter 13 Plan were issued electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

     Ann M DeLaney, anndelaney341@trustee13.com

     Mike Norris & Associates, PC, via e-mail address

     U.S. Trustee, ustpregion10.in.ecf@usdoj.gov


     I further certify that on March 8, 2019, a copy of the foregoing Chapter 13 Plan and Notice on Chapter 13 Plan were mailed by US First-Class mail, postage prepaid and properly addressed to the following:


     /s/Ann M. DeLaney, Trustee
     Ann M. DeLaney, Trustee
     Office of Ann M. DeLaney, Trustee
     251 N. Illinois, Suite 970
     Indianapolis, IN  46204
     (317) 829-7360

```
Label Matrix for local noticing          Colonial National Mortgage, a division of Co    Harrison Ridge Neighborhood Association, Inc
0756-1                                   Reisenfeld & Associates LLC                     Thrasher Buschmann & Voelkel, P.C.
Case 19-00252-JJG-13                     3962 Red Bank Road                              c/o Steven C. Earnhart
Southern District of Indiana             Cincinnati, OH 45227-3408                       151 N. Delaware St., Suite 1900
Indianapolis                                                                             Indianapolis, IN 46204-2505
Tue Mar  5 08:06:06 EST 2019

Aftin R. Brown                           (p)AUTOMOTIVE FINANCE CORPORATION               CitiCards CBNA
1111 E. 54th Street                      13085 HAMILTON CROSSING BLVD                    PO Box 6217
Suite 144                                SUITE 300                                       Sioux Falls, SD 57117-6217
Indianapolis, IN 46220-3581              CARMEL IN 46032-1445


Colonial National Mortgage               Community Health Network                        Decatur Township Fire Department
a Division of Colonial Savings, FA       7250 Clearvista Drive                           5410 S. High School Road
PO Box 2988                              Indianapolis, IN 46256-4692                     Indianapolis, IN 46221-4045
Fort Worth, TX 76113-2988


East Campus Surgery Center, LLC          Harrison Ridge Neighborhood Association, Inc    Harrison Ridge Neighborhood Association, Inc
fka Indiana Surgery Center East, Klein   c/o Gemini Management, Inc.                     c/o Steven C. Earnhart
6626 E. 75th Street, Suite 200           9111 Crawfordsville Road                        Thrasher Buschmann & Voelkel, P.C.
Indianapolis, IN 46250-2855              Indianapolis, IN 46234-1519                     151 N. Delaware St., Suite 1900
                                                                                         Indianapolis, IN 46204-2505


IU Health                                (p)INDIANA DEPARTMENT OF REVENUE                Indiana Department of Revenue
PO Box 4374                              ATTN BANKRUPTCY                                 100 N. Senate
Chicago, IL 60680-4374                   100 N SENATE AVE                                Room N203 - Bankruptcy
                                         INDIANAPOLIS IN 46204-2253                      Indianapolis, IN 46204-2217


Indiana Housing & Community Development Auth  Indiana Nephrology & Intern                Internal Revenue Service
30 S. Meridian Street                    8935 N. Meridian Street                         Attn: Bankruptcy Department
Suite 1000                               Indianapolis, IN 46260-5362                     PO Box 7346
Indianapolis, IN 46204-3565                                                              Philadelphia, PA 19101-7346


Joel Bornkamp                            Law Office of Chad Dickerson                    Medical Associates, LLP
Reisenfeld & Associates LPA, LLC         320 North Meridian Street                       PO Box 6276
3962 Red Bank Road                       Suite 1022                                      Dept. 20
Cincinnati, OH 45227-3408                Indianapolis, IN 46204-1704                     Indianapolis, IN 46206-6276


Mei Hsiang Lorick                        National Tire & BT/CBNA                         Nicholas Charles Huang
6355 Brixton Lane                        PO Box 6497                                     10 W. Market Street
Indianapolis, IN 46220-4803              Sioux Falls, SD 57117-6497                      Suite 700
                                                                                         Indianapolis, IN 46204-5906


Northwest Radiology                      Northwest Title Family of Companies             ODR Bkcy
10603 N. Meridian Street                 7265 Kenwood Road                               955 Center St NE
Indianapolis, IN 46290-1055              Cincinnati, OH 45236-4411                       Salem, OR 97301-2555


Oregon Department of Revenue             Radiology of Indiana                            St. Vincent Hospital
955 Center Street NE                     7340 Shadeland Station                          by American InfoSource as agent
Salem, OR 97301-2555                     Indianapolis, IN 46256-3980                     PO Box 248838
                                                                                         Oklahoma City, OK 73124-8838
```

```
St. Vincent Medical Group              State of Indiana Department of Revenue    Thrasher Buschmann & Voelkel, P.C.
310 Medical Drive                      c/o Highest Executive Officer Present     151 N. Delaware Steet
Carmel, IN 46032-3077                  100 N. Senate N 105                       Suite 1900
                                       Indianapolis, IN 46204-2253               Indianapolis, IN 46204-2505


U.S. Trustee                           Ann M. DeLaney                            Johnny Darrell Lorick
Office of U.S. Trustee                 Office of Ann M. Delaney                  6445 Harrison Ridge Blvd.
101 W. Ohio St.. Ste. 1000             PO Box 441285                             Indianapolis, IN 46236-7820
Indianapolis, IN 46204-1982            Indianapolis, IN 46244-1285


Michael J. Norris
Mike Norris & Associates, P.C.
3802 W 96th Street, #110
Indianapolis, IN 46268-2916
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Automotive Finance Corporation              Indiana Department Of Revenue
Attn; Frances C. York                       Bankruptcy Section
13085 Hamilton Crossing Blvd., Suite 300    100 N. Senate Ave. N-240
Carmel, IN 46032                            Indianapolis, IN 46204
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Navient Corporation         (u)State of Indiana Attorney General       End of Label Matrix
11100 USA Parkway              c/o Highest Executive Officer Present      Mailable recipients    36
                               302 West Washington Street, South 5th Fl   Bypassed recipients     2
                                                                          Total                  38
```