UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  
JOHNNY DARRELL LORICK  
DEBTOR(S)

CASE NO. 19-00252-JJG-13

## TRUSTEE'S OBJECTION TO CONFIRMATION

Comes now, Ann M. DeLaney, Trustee herein, and objects to confirmation of the debtor's plan dated 03/04/2019 for the following reason (s):

1. Failure to file all state tax returns pursuant to Section 1308 of the bankruptcy code.
2. Plan is underfunded; Trustee seeking minimum plan base of $216,200 to fund 100% plan.

WHEREFORE, after notice and hearing, your Trustee requests the Court enter an order sustaining this objection and ordering an amended plan.

Respectfully submitted,

DATE: October 11, 2019

/s/Ann DeLaney  
Ann DeLaney  
P.O. Box 441285  
Indianapolis, IN  46244  
Telephone: (317) 829-7360  
Facsimile: (317) 829-7369  
Email:anndelaney341@trustee13.com

### Certificate of Service

I do hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been duly served upon the following individuals, by United States mail, first-class postage prepaid, on this date October 11, 2019:

U.S. Trustee     *via electronic mail*

LAW OFFICES OF MIKE NORRIS     *via electronic mail*

JOHNNY DARRELL LORICK: 6445 HARRISON RIDGE BOULEVARD, INDIANAPOLIS, IN 46236

/s/Ann DeLaney  
Ann DeLaney