SO ORDERED: October 28, 2020.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                                                  CASE NO: 19-00252-JJG-13

Johnny Darrell Lorick

DEBTOR(S)

---

ORDER ON TRUSTEE'S OBJECTION TO CLAIM #9

---

This matter came before the Court on Trustee's Objection to Claim #9 (Doc. # 62) filed by Indiana Nephrology & Internal Medicine on May 01, 2019.

And the Court, after noting no responses have been filed (or having received withdrawal of any submitted response), or the claim to which the trustee has objected having been withdrawn or amended, now ORDERS that the claim(s) to which the Trustee objected shall be treated as in the attached list.

###

| | Claim # | *Disallowed | * Modified by Order | *Withdrawn | **Allowed as Modified by Post-Objection Agreement | **Other |
|---|---|---|---|---|---|---|
| TBF Financial, LLC | | | | | | |
| Indiana Nephrology & Internal Medicine | 9 | X | | | | |
| | | | | | | |

*If claim is disallowed, modified by order, was withdrawn, or is modified as proposed in the Omnibus Objection, place an "X" in the appropriate box.

**If described in a separately filed pleading, give docket number of that pleading here; if modification resulted from informal negotiations with the creditor, describe agreed-upon treatment of claim here.