IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-00252-JJG |
| JOHNNY DARRELL LORICK | CHAPTER 13 |
| Debtor(s) | JUDGE JEFFREY J. GRAHAM |

**RESPONSE TO MOTION TO SELL, doc. 69**
**6445 HARRISON RIDGE BLVD, INDIANAPOLIS, IN 46236**

Comes now, Colonial National Mortgage, a Division of Colonial Savings, FA, ("Creditor"), by and through its undersigned attorney of record and hereby responds to the Debtor's Motion to Sell, doc. 69.

Creditor hereby states that they are in agreement with the sale of the property as indicated in the Debtor's Motion contingent on the Creditor's mortgage claim being paid in full pursuant to an updated payoff.

WHEREFORE, Creditor requests that the sale be approved and their mortgage paid in full.

Respectfully Submitted,

/s/ Martha R. Spaner

Martha R. Spaner
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: 1-513-322-7000
facsimile: (513) 322-7099
e-mail: inbk@rslegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this December 16 , 2020, by regular U.S. Mail, postage prepaid, or by electronic e-file upon the following:

**Electronically Via ECF Mail:**

Michael J. Norris, Debtor's Counsel
mike@mikenorrislaw.com

Ann M. DeLaney, Bankruptcy Trustee
ECFdelaney@trustee13.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Martha R. Spaner
martha.spaner@rslegal.com

**Regular US Mail**:

Johnny Darrell Lorick, Debtor
6445 Harrison Ridge Blvd.
Indianapolis, IN 46236


　　　　　　　　　　　　　　　　　　　　/s/ Martha R. Spaner
　　　　　　　　　　　　　　　　　　Martha R. Spaner