UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Johnny Darrell Lorick, | ) | CASE #: 19-00252-JJG-13 |
|    Debtor. | ) | |

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR
## JOHNNY DARRELL LORICK

**COMES NOW** the Debtor's Counsel to suggest that Debtor, Johnny Darrell Lorick, has changed his address and now resides at:

**Johnny Darrell Lorick**
**2739 Hillside Ave.**
**Indianapolis, IN 46218**

Date: 1/13/2021

Respectfully submitted,

**/s/ Michael J. Norris**
Michael J. Norris (#15341-49)
Mike Norris & Associates, P.C.
Attorney for the Debtor
3802 W 96th Street, #110
Indianapolis, IN 46268
Phone: (317) 266-8888
Fax: (317) 266-3401
E-mail: mike@mikenorrislaw.com

DISTRIBUTION:

U.S. Trustee
101 W. Ohio Street, #1000
Indianapolis, IN 46204