# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 1/13/2021 |
| Case: 19−00252−JJG−13 | Form ID: SF00100 | Total: 17 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | Ann M. DeLaney | ECFdelaney@trustee13.com |
| aty | Martha Rose Spaner | inbk@rslegal.com |
| aty | Michael J. Norris | mike@mikenorrislaw.com |
| aty | Steven C. Earnhart | earnhart@indiana−attorneys.com |
| aty | Steven Henry Patterson | inbk@rslegal.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Johnny Darrell Lorick | 2739 Hillside Avenue   Indianapolis, IN 46218 |
| 15220288 | Colonial Savings | PO Box 2988   Fort Worth, TX 76113 |
| 15186195 | Harrison Ridge Neighborhood Association, Inc. | c/o Steven C. Earnhart   Thrasher Buschmann & Voelkel, P.C.   151 N. Delaware St., Suite 1900   Indianapolis, IN 46204 |
| 15159061 | Indiana Department Of Revenue | Bankruptcy Section   100 N. Senate Ave. N−240   Indianapolis, IN 46204 |
| 15296784 | Indiana Nephrology & Internal Medicine | 9011 N Meridian Street   Suite 225   Indianapolis, IN 46260−5365 |
| 15155248 | Internal Revenue Service | Attn: Bankruptcy Department   PO Box 7346   Philadelphia, PA 19101 |
| 15234551 | LVNV Funding LLC | Resurgent Capital Services   PO Box 10587   Greenville, SC 29603−0587 |
| 15435687 | Navient Solutions, LLC on behalf of | Ascendium Education Solutions, Inc.   PO BOX 8961   Madison, WI 53708 |
| 15164692 | ODR Bkcy | 955 Center St NE   Salem, OR 97301−2555 |
| 15659192 | Portfolio Recovery Associates, LLC | PO Box 41067   Norfolk, VA 23541 |
| 15182913 | St. Vincent Hospital | by American InfoSource as agent   PO Box 248838   Oklahoma City, OK 73124−8838 |

TOTAL: 11