SO ORDERED: February 4, 2021.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| Johnny Darrell Lorick, ) | CASE #: 19-00252-JJG-13 |
|     Debtor. ) | |

**ORDER GRANTING FINAL APPLICATION BY DEBTOR FOR SURCHARGE OF PROCEEDS FROM REAL ESTATE CLOSING, ALLOWANCE OF COMPENSATION FOR BROKER'S COMMISSION, AND NOTICE OF OBJECTION DEADLINE**

THIS MATTER comes before the Court on the *Final Application by Debtor for Surcharge of Proceeds from Real Estate Closing, Allowance of Compensation for Broker's Commission, and Notice of Objection Deadline* filed by Michael J. Norris of Mike Norris & Associates, P.C. ("Debtor's Counsel") on January 13, 2021 [Docket No. 79] (the "Application"). The Court, having reviewed the Application, having noted that no objection to the Application was timely filed, and being duly advised, now GRANTS the Application and orders the following:

1. Proper and sufficient notice [Docket No. 80] of the Application has been provided to all parties in interest and no objection or request for further hearing has been timely filed with the Court;

2. Debtor's Application for the allowance of final compensation for professional service provided by Broker in Bankruptcy Case No. 19-00252-JJG-13 in the amount of **$31,150.00** for Broker's Commission is hereby granted; and

3. Escrow Agent Meridian Title Corporation is hereby directed to disburse the funds currently being held in escrow to compensate Broker, James Gilday – Keller Williams – Indianapolis/Carmel.

# # #