UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: )
Johnny Darrell Lorick, ) CASE #: 19-00252-JJG-13
    Debtor. )

**CERTIFICATE OF SERVICE FOR ORDER GRANTING APPLICATION FOR FINAL COMPENSATION AND/OR REIMBURSEMENT OF EXPENSES**

    I hereby certify that on February 4, 2021, a copy of the Order Granting Application for Final Compensation and/or Reimbursement of Expenses Pursuant to §330 for James Gilday Keller Williams Indianapolis/Carmel as Broker was sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Ann M. DeLaney   ECFdelaney@trustee13.com, ecfdelaney@gmail.com
Steven C. Earnhart   earnhart@indiana-attorneys.com, meloche@indiana-attorneys.com
Steven Henry Patterson   inbk@rslegal.com, rsbkecfbackup@gmail.com; reisenfeld@ecf.inforuptcy.com
Martha Rose Spaner   inbk@rslegal.com, rsbkecfbackup@gmail.com; reisenfeld@ecf.inforuptcy.com
U.S. Trustee   ustpregion10.in.ecf@usdoj.gov.

    I further certify that on February 16, 2021, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the Debtor and to the Creditors which filed claims, **listed on attached Exhibit "A."**

    I further certify that on February 16, 2021, a copy of the foregoing pleading was mailed by CERTIFIED U.S. Mail, postage prepaid, and properly addressed to the President or Highest Ranking Officer listed below:

**N/A**

Date: 2/16/2021

Respectfully Submitted,

*/s/ M/N*

Michael J. Norris (# 15341-49)
Mike Norris & Associates, P.C.
Attorney for the Debtors
3802 W 96th Street, #110
Indianapolis, IN 46268
Phone: (317) 266-8888
Fax: (317) 266-3401
E-mail: mike@mikenorrislaw.com

**EXHIBIT A**

Johnny Darrell Lorick
2739 Hillside Avenue
Indianapolis, IN 46218

Colonial Savings
PO Box 2988
Fort Worth, TX 76113-2988

(p) INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Indiana Nephrology & Internal Medicine
9011 N Meridian Street
Suite 225
Indianapolis, IN 46260-5365

Internal Revenue Service
Attn: Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Navient Solutions, LLC on behalf of
Ascendium Education Solutions, Inc.
PO BOX 8961
Madison, WI 53708-8961

ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

(p) PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

St. Vincent Hospital
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK 73124-8838