UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00100 (rev 11/2020)

In re:

**Johnny Darrell Lorick**,   Case No. **19−00252−JJG−13**
    Debtor.

# NOTICE

An Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 was filed on February 21, 2021, by Debtor Johnny Darrell Lorick for the following professional:

| **Professional** | **Expense** | **Fee** |
|---|---|---|
| Debtor's Attorney Michael J. Norris | $298.30 | $5,297.50 |

**NOTICE IS GIVEN** that your rights may be affected. You should read these documents carefully and discuss them with your attorney. If you do not have an attorney, you may want to consult one.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to enter an order on the Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 or you want the Court to consider your views, an objection, explaining your position, must be filed with the Court by March 15, 2021. A copy must be sent to the party or party's attorney requesting relief at the following address:

> Michael J. Norris
> Mike Norris & Associates, P.C.
> 3802 W 96th Street, #110
> Indianapolis, IN 46268

If you mail your objection, it must be mailed early enough so that the Court receives it on or before March 15, 2021. Objections must comply with S.D.Ind. B−9013−1(d).

If these steps are not taken, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  February 22, 2021                    Kevin P. Dempsey
                                             Clerk, U.S. Bankruptcy Court